GEORGIA ET AL. *v.* UNITED STATES ET AL.

No. 774. Decided April 14, 1958.

*Eugene Cook,* Attorney General of Georgia, *E. Freeman Leverett,* Assistant Attorney General, *W. H. Swiggart, E. R. Leigh, Joseph L. Lenihan* and *W. L. Grubbs* for appellants.

*Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane, Samuel R. Howell* and *Isaac K. Hay* for the United States and the Interstate Commerce Commission, and *Henry L. Walker, Arthur J. Dixon* and *James A. Bistline* for the Southern Railway Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.